EXHIBIT 1

ELECTRONICALLY FILED
9/13/2022 2:48 PM
46-CV-2022-900096.00
CIRCUIT COURT OF
MACON COUNTY, ALABAMA
DAVID LOVE, JR., CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 46<br><br>Date of Filing:   Judge Code:<br>09/13/2022 |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA**
**KRISTIN THORNTON ET AL v. CAMERON RONALD BACOTE ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual      **First Defendant:** ☐ Business  ☑ Individual
                    ☐ Government ☐ Other                          ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
          R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
    KIT008                9/13/2022 2:48:15 PM            /s/ William Bradford Kittrell
                            Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**    ☐ YES ☑ NO

DOCUMENT 2

ELECTRONICALLY FILED
9/13/2022 2:48 PM
46-CV-2022-900096.00
CIRCUIT COURT OF
MACON COUNTY, ALABAMA
DAVID LOVE, JR., CLERK

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

**KRISTIN THORNTON
and ISAIAH THORNTON,**

      **Plaintiffs,**

**v.**                                         Civil Action No.:  CV-2022-

**MERCER TRANSPORTATION CO., INC.. and
CAMERON RONALD BACOTE ; Fictitious
Defendants 1-10,** whether singular
or plural, the person, who at the time
and place of the crash made the basis
of this lawsuit, was the operator of the
commercial truck which came into
contact with the motor vehicle being
operated by the Plaintiff; **11-20**, whether
singular or plural, the persons, firms,
corporations or other entities who, at
the time of the crash made the basis
this lawsuit, was or were the principal
master, or employer of Cameron Bacote;
 **21-30**, whether singular or
plural, the persons, firms, corporations
or other entities who, at the time of the
crash made the basis of this lawsuit,
was or were the owner of the
commercial truck being operated by
Cameron Bacote;  **31-40**, whether
singular or plural, the persons, firms,
corporations or other entities who was
or were responsible for hiring, retaining,
monitoring and/or supervising Cameron Bacote
and/or Fictitious
Defendants **1-10**; **41-50**, whether
singular or plural, the persons, firms,
corporations, or other entities who was
or were responsible for qualifying and/or
training Wilson Moreau and/or
Fictitious Defendants **1-10**, in Federal Motor
Carrier Safety Regulation compliance
operating a commercial truck, truck

1

maintenance and/or commercial motor
vehicle responsibilities; all of whose names
are otherwise unknown at this time, but
who will be substituted by amendment
when ascertained; individually and jointly,

**Defendants.**

## COMPLAINT

Plaintiffs **KRISTIN THORNTON AND ISAIAH THORNTON** files this Complaint against Defendants **MERCER TRANSPORTATION CO., INC.**; Defendant **CAMERON RONALD BACOTE** ; and Fictitious Defendants **1-50**:

1.      Plaintiffs **KRISTIN THORNTON AND ISAIAH THORNTON**  are adult residents of  Merrillville, Indiana and was so at all relevant times.

2.      Defendant **MERCER TRANSPORTATION CO., INC.** (sometimes referred to as "Mercer" or "Defendant") is a Corporation with its principal place of business in Louisville, Kentucky at all relevant times.   Defendant **MERCER TRANSPORTATION CO., INC.** is a trucking company servicing throughout the United States and is subject to the Federal Motor Carrier Safety Regulations.

3.      Defendant **CAMERON RONALD BACOTE** ("Bacote" or "Defendant"), upon information and belief, is an adult resident of Lexington, South Carolina; and at the time and places made the basis of this lawsuit, was operating a commercial truck for the benefit of Defendant **MERCER TRANSPORTATION CO., INC.**.

4.      Defendants 1 through 10, whether singular or plural, is the person who, at the time and place of the crash made the basis of this lawsuit, was the operator of the commercial truck that crashed into the vehicle being operated by the Plaintiff,

whose true names and legal identifies are unknow to the Plaintiff but will be substituted by amendment when ascertained.

5.     Defendants 11 through 20, whether singular or plural, are the person(s), firm(s), corporation(s) or other entity(ies) who, at the time of the crash made the basis of this lawsuit, was or were the principal, master, or employer of the defendant driver, **CAMERON RONALD BACOTE**, all of whose true names and legal identities are unknown to the Plaintiff but will be substituted by amendment when ascertained.

6.     Defendants 21 through 30, whether singular or plural, are the person(s), firm(s), corporation(s) or other entity(ies) who, at the time of the crash made the basis of this lawsuit, was or were the owners of the commercial truck being operated by the defendant driver, **CAMERON RONALD BACOTE**, all of whose true names and legal identities are otherwise unknown to the Plaintiff but will be substituted by amendment when ascertained.

7.     Defendants 31 through 40, whether singular or plural, are the person(s), firm(s), corporation(s) or other entity(ies) who was or were responsible for hiring, retaining, monitoring and/or supervising the defendant driver, **CAMERON RONALD BACOTE** and/or defendants 1 through 10, all of whose true names and legal identities are unknown to the Plaintiff but will be substituted by amendment when ascertained.

8.     Defendants 41 through 50, whether singular or plural, are the person(s), firm(s), corporation(s) or other entity(ies) who was or were responsible for qualifying and/or training of Defendant **CAMERON RONALD BACOTE** and/or defendants 1

through 10, in Federal Motor Carrier Safety Regulations compliance, operating a commercial vehicle, truck maintenance and/or commercial motor vehicle responsibilities, all of whose true names and legal identities are unknown to the Plaintiff but will be substituted by amendment when ascertained.

## GENERAL ALLEGATIONS

9.      On August 31, 2022, in Macon County, Alabama, at approximately 3:50 a.m., on the northbound lane of Interstate 85, a commercial truck operated by Defendant **CAMERON RONALD BACOTE** and/or Defendant **MERCER TRANSPORTATION CO., INC.** crashed into the vehicle driven by Plaintiff **KRISTIN THORNTON** and her passenger, **ISAIAH THORNTON.**

10.     At the time of the above-described crash, Defendant **CAMERON RONALD BACOTE**  was operating the commercial truck within the line and scope of his employment as an agent and/or employee of Defendant **MERCER TRANSPORTATION CO., INC.**

11.     At the time of the above-described crash, Plaintiff **KRISTIN THORNTON** was lawfully operating her vehicle in the right hand lane of I-85 northbound.

12.     As a direct result of the negligent and/or wanton acts, conduct and/or omissions of Defendant **CAMERON RONALD BACOTE**; Defendant **MERCER TRANSPORTATION CO., INC.;** and/or fictitious defendants 1-50, Plaintiffs

**KRISTIN THORNTON** and **ISAIAH THORNTON** were caused to suffer physical injuries and other damages.

13. For the acts and omissions set out and described herein, and as a consequence of personal injuries and other damages, Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** seek remedy under the applicable law.

## FIRST CAUSE OF ACTION
### Negligence

14. Plaintiffs **KRISTIN THORNTON** and **ISAIAH THORNTON** incorporate herein all of the allegations contained in the Paragraphs 1-13 as if set forth fully herein and further allege as follows:

15. On August 31, 2022, in Macon County, Alabama, at approximately 3:50 a.m., on the northbound lane of I-85, a commercial tractor-trailer operated by Defendant **MERCER TRANSPORTATION CO., INC.** and/or Defendant **CAMERON RONALD BACOTE** negligently crashed into the vehicle being driven by Plaintiff **KRISTIN THORNTON** and passenger, **ISAIAH THORNTON.**

16. As a proximate consequence of said negligence, Plaintiffs **KRISTIN THORNTON** and **ISAIAH THORNTON** were caused to suffer damage, presently suffering damage, and will continue to suffer damage in the future, such damages including but not limited to the following: personal injury, medical bills (past and future), physical pain and suffering (past and future), mental anguish, medical expenses, and loss of enjoyment and quality of life (past and future).

WHEREFORE, the premises considered, Plaintiffs, **KRISTIN THORNTON** and **ISAIAH THORNTON**, respectfully requests this Honorable Court enter

5

judgment for compensatory damages against Defendant **MERCER TRANSPORTATION CO., INC.** and **CAMERON RONALD BACOTE**; and Fictitious Defendants **1-50**; in such sum as is determined to be just, reasonable, and adequate under the circumstances, including interest and all costs of this proceeding.

**SECOND CAUSE OF ACTION**
**Wantonness**

17.     Plaintiffs **KRISTIN THORNTON** and **ISAIAH THORNTON** incorporate herein all of the allegations contained in the Paragraphs 1-16 as if set forth fully herein and further allege as follows:

18.     On August 31, 2022, in Macon County, Alabama, at approximately 3:50 a.m., on the northbound lane of I-85 a commercial truck operated by Defendant **MERCER TRANSPORTATION CO., INC.** and/or Defendant **CAMERON RONALD BACOTE** recklessly and wantonly crashed into the vehicle being driven by Plaintiff **KRISTIN THORNTON** and her passenger, **ISAIAH THORNTON .**

19.     As a proximate consequence of said wantonness, Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** was caused to suffer damage, is presently suffering damage, and will continue to suffer damage in the future, such damages including but not limited to the following:  personal injury, medical bills (past and future), physical pain and suffering (past and future), mental anguish, medical expenses and loss of enjoyment and quality of life (past and future).

WHEREFORE, the premises considered, Plaintiffs, **KRISTIN THORNTON** and **ISAIAH THORNTON**, respectfully requests this Honorable Court enter judgment for compensatory and punitive damages against **MERCER**

**TRANSPORTATION CO., INC.** and **CAMERON RONALD BACOTE**; and Fictitious Defendants **1-50**; in such sum as is determined to be just, reasonable, and adequate under the circumstances, including interest and all costs of this proceeding.

### THIRD CAUSE OF ACTION
**Negligent Hiring, Retention, Monitoring, Supervision and/or Training**

20. Plaintiffs **KRISTIN THORNTON** and **ISAIAH THORNTON** incorporates all of the allegations contained in Paragraphs 1 through 19 as if set forth fully herein and further allege as follows:

21. Defendant **MERCER TRANSPORTATION CO., INC.** and/or Defendants 11-50, negligently hired, trained (or failed to adequately train), monitored (or failed to adequately monitor), supervised (or failed to adequately supervise), instructed (or failed to adequately instruct) Defendant **CAMERON RONALD BACOTE** and/or Defendants 1-10 and as a proximate result Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** suffered injuries and damages.

22. The injuries and damages suffered by the Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** set out hereinabove were the proximate result of the negligence of **MERCER TRANSPORTATION CO., INC.** and/or fictitious defendants 11-50, in one or more of the following respects:

    a. Negligently failing to properly and/or adequately educate, train and/or supervise Defendant **CAMERON RONALD BACOTE** and/or defendants 1 through 10;

    b. Negligently failing to adequately instruct, monitor and/or direct the driver of the aforesaid commercial truck involved in the incident

7

made the basis of this lawsuit;

c.  Negligently failing to determine whether the driver of the aforesaid commercial truck was properly qualified;

d.  Negligently hiring and/or retaining Defendant **CAMERON RONALD BACOTE** and/or defendants 1 through 10;

e.  Negligently operating a commercial truck by an unqualified and/or incompetent driver;

f.  Negligently failing to institute an adequate safety program for all drivers of commercial motor vehicles utilized by these Defendants;

g.  Negligently failing to put in place an adequate preventative crash program for all drivers of commercial motor vehicles utilized by these Defendants; and

h.  Negligently failing to educate drivers in defensive driving techniques, and negligently failing to require the drivers to utilize defensive driving techniques.

WHEREFORE, the premises considered, Plaintiff, **KRISTIN THORNTON** and **ISAIAH THORNTON** respectfully requests this Honorable Court enter judgment for compensatory damages against Defendant **MERCER TRANSPORTATION CO., INC.** and fictitious defendants 11-50, in such sum as is determined to be just, reasonable, and adequate under the circumstances, including interest and all costs of this proceeding.

## <u>FOURTH CAUSE OF ACTION</u>
**Wanton Hiring, Retention, Monitoring, Supervision and/or Training**

23.     Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** incorporates all of the allegations contained in Paragraphs 1 through 22 as if set forth fully herein and further allege as follows:

24.     Defendant **MERCER TRANSPORTATION CO., INC.** and/or Defendants 11-50, wantonly hired, trained (or failed to adequately train), monitored (or failed to adequately monitor), supervised (or failed to adequately supervise), instructed (or failed to adequately instruct) Defendant **CAMERON RONALD BACOTE** and/or Defendants 1-10 and as a proximate result Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** suffered injuries and damages.

25.     The injuries and damages suffered by the Plaintiff **KRISTIN THORNTON** and **ISAIAH THORNTON** set out hereinabove were the proximate result of the wantonness of **MERCER TRANSPORTATION CO., INC.** and/or fictitious defendants 11-50, in one or more of the following respects:

    a.  Wantonly failing to properly and/or adequately educate, train and/or supervise Defendant **CAMERON RONALD BACOTE** and/or defendants 1 through 10;

    b.  Wantonly failing to adequately instruct, monitor and/or direct the driver of the aforesaid commercial truck involved in the incident made the basis of this lawsuit;

    c.  Wantonly failing to determine whether the driver of the commercial truck was properly qualified;

    d.  Wantonly hiring and/or retaining Defendant **CAMERON RONALD**

9

**BACOTE** and/or defendants 1 through 10;

e. Wantonly operating a commercial truck by an unqualified and/or incompetent driver;

f. Wantonly failing to institute an adequate safety program for all drivers of commercial motor vehicles utilized by these Defendants;

g. Wantonly failing to put in place an adequate preventative crash program for all drivers of commercial motor vehicles utilized by these Defendants; and

h. Wantonly failing to educate drivers in defensive driving techniques, and wantonly failing to require the drivers to utilize defensive driving techniques.

WHEREFORE, the premises considered, Plaintiffs **KRISTIN THORNTON** and **ISAIAH THORNTON** respectfully requests this Honorable Court enter judgment for compensatory and punitive damages against Defendant **MERCER TRANSPORTATION CO., INC.** and fictitious defendants 11-50, in such sum as is determined to be just, reasonable, and adequate under the circumstances, including interest and all costs of this proceeding.

## <u>PLAINTIFF REQUESTS TRIAL BY JURY</u>

Respectfully Submitted,

CITRIN LAW FIRM, P.C.
Attorney for Plaintiff

/S/ W. BRADFORD KITTRELL
W. BRADFORD KITTRELL
ANDREW T. CITRIN
1703 Main Street
Post Office Box 2187
Daphne, Alabama 36526
T: (251) 888-8400
F: (251) 888-8000
E:brad@citrinlaw.com

**Defendants to be served as follows:**

**CAMERON RONALD BACOTE**
607 Juniper Rd.
Lexington, SC 29073

**MERCER TRANSPORTATION CO., INC.**
c/o CT Corporation
2 NORTH JACKSON STREET, SUITE 605
MONTGOMERY AL, 36104-0000

*/s/ W. BRADFORD KITTRELL*

ELECTRONICALLY FILED
9/13/2022 2:48 PM
46-CV-2022-900096.00
CIRCUIT COURT OF
MACON COUNTY, ALABAMA
DAVID LOVE, JR., CLERK

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| **KRISTIN THORNTON  AND** | ) |
| **ISAIAH THORNTON ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )          **CASE NO.: CV-2022-** |
| | ) |
| **CAMERON RONALD BACOTE** | ) |
| **MERCER TRANSPORTATION** | ) |
| **CO., INC.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT MERCER TRANSPORTATION CO., INC.

Comes now the Plaintiffs, KRISTIN THORNTON and ISAIAH THORNTON by and through her undersigned counsel, and, pursuant to the *Alabama Rules of Civil Procedure*, propounds the following First Interrogatories and Requests for Production to Defendant, MERCER TRANSPORTATION CO., INC.  ("MERCER") to be answered and responded to fully and completely within the time frame required by law:

You are reminded that under the provisions of Rule 26(a) you are under a duty to reasonably supplement your response with respect to any question directly addressed to (a) the identity and location of persons having knowledge of discoverable matters, and (b) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he/she is expected to testify, and the substance of her testimony.

You are under a duty to reasonably amend a prior response if you obtain information upon the basis of which (a) you know that the response was incorrect when made, or (b) you know that the response, though correct when made is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

Any such supplemental response is to be filed and served upon counsel of record for the Plaintiffs within (15) days after receipt of such information.

## **DEFINITIONS**

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of her attorneys, employees, agents, or representatives, and all other persons acting on her behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, governmental or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced and reproduced.

"Identify" and "identification", when used with reference to a document, shall mean to state its date, author or signor, addressee, type of document and all other means of identifying it, and its present or last known location or custodian. If any document was but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## INTERROGATORIES

1.      State the name, address, and job title of the person answering these Interrogatories, and state if the Defendant, as named in the Complaint, is the correct and legal name of the Defendant. If not, please state the correct legal name of this Defendant.

**RESPONSE:**


2.      State every date that CAMERON RONALD BACOTE, was employed by MERCER, the date of any job status change, termination or whether MERCER has any agreement with any other person or firm and, if so, produce a copy of his entire MERCER employee/personnel file or agreement.

**RESPONSE:**


3.      State or describe in detail every agreement for this defendant to provide any referral for driving/delivery or freight brokerage services between this defendant and any other defendant.

**RESPONSE:**


4.      State or describe any written or oral arrangement between this defendant and any other owner-operator or employee to select or assign any driver for brokered services on behalf of MERCER

**RESPONSE:**

5.      Was any inspection or testing done on the subject truck by anyone associated with "MERCER" before or after the incident?  If so, fully identify those who performed any such inspection and produce a copy of all reports, letters, memos, photos, etc., resulting from the subject inspection(s).

**RESPONSE:**

6.      Describe all policies of insurance which you believe covers or may cover any defendant for the allegations set forth in the Plaintiff's Complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

**RESPONSE:**

7.      State the name, residence address, telephone number(s), and the substance of the knowledge of each and every person whom you know or suspect to have witnessed the collision made the basis of this lawsuit.

**RESPONSE:**

8.       If you are aware of any statements, written or otherwise, which are in existence in connection with the subject collision, please state the name, residence address, and telephone number of the person making the statement, the date the

statement was made, and the name, residence address, and telephone number of the person presently having custody of each such statement.

**RESPONSE:**


9.     If you are aware of any photographs taken either of the scene of the collision, the vehicles involved or any injuries from the collision, please state when these photographs were taken, by whom they were taken and attach copies of said photographs to your answers to these Interrogatories.

**RESPONSE:**

10.     Identify any and all communication devices, cell phones, cb radios or other on-board communication devices used by the driver of the truck. Also state the name on the account or accounts, and the whereabouts of any records or bills utilized by either the driver or the company.

**RESPONSE:**


11.     State whether there were any dashboard cameras in use at the time of this collision and produce any and all footage recorded on August 31, 2022.

**RESPONSE:**


13.     Identify each person whom you expect to call as an expert witness at the trial of this case, giving the address of each such person and a list of his/her educational background, experience and publications which you claim qualify

him/her as an expert, including a statement of the subject matter on which each person named in your response to this interrogatory is expected to testify and state the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion held by each expert.

**RESPONSE:**

14.     State the subject matter on which each person named in response to the preceding interrogatory is expected to testify and state the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion held by each expert.

**ANSWER:**

15.     Was there any device in or on the truck being driven by CAMERON RONALD BACOTE, at the time of the crash which would serve to identify the location, speed, or operation of the tractor/power unit? If so, please produce or make this device or the tractor/power unit available for inspection or download.

**ANSWER:**

16.     Describe in detail everything that you, the company, or your driver contends happened in the five (5) minutes leading up to the crash made the basis of this case. Include in detail, speed, traffic conditions, phone calls, stops, red lights/green lights, weather, or other factors involved in these minutes leading up to and through the crash.

**ANSWER:**

17.     Describe in detail everything that you, the company, or your driver contends happened in the twenty-four hours leading up to the crash made the basis of this case. Include in detail, the travel location (whether home or sleeper birth, e.g.) meals consumed, including specific times, whether the driver consumed alcohol or drugs (prescription or not) during this 24-hour period.

**ANSWER:**

18.     Describe in detail everything that you, the company, or your driver contends the Plaintiff did to cause or contribute to the crash.

**ANSWER:**

19.     If you have ever created or maintained a profile on any online social media or professional networking site, including, but not limited to Facebook, Twitter, Twitpic, Flickr, Yfrog, Picasa, MySpace, Google Plus, YouTube, Photobucket, Foursquare, Blogger, Plaxo, Orkut, GoFundMe, Instagram, and LinkedIn, etc., for each separate account ever created or maintained, please state:

> a.     The name of the social media or professional networking site (Facebook, MySpace, Instagram, LinkedIn, Snapchat etc;
>
> b.     The username and e-mail address under which the account was created;
>
> c.     The unique friend ID or complete URL for the user profile; and
>
> d.     The date on which the account was created.

**ANSWER:**

20.     If you use a fitness tracking device such as a Fitbit, Garmin Vivofit, Microsoft Band, Striiv Fusion, Jawbone UP, Misfit Shine, Nike+, Apple Watch, Polar, Bowflex Boost, BodyMedia Fit Link, Withings Pulse or similar hardware device, or do you use fitness tracking software on your mobile phone or computer which tracks, for example, the number of steps you take and/or the types of activity you engage in (such as Endomondo, MapMyFitness, My Fitness Pal, Runkeeper, Strava, etc.), please identify the type of device/software you use, the username for any account associated with the device/software, and indicate the date(s) you begin using the device/software.

**ANSWER:**


21.     If you use any type of maps, traffic, radar or police monitoring apps, such as WAZE, Google Maps, INRIX XD, inRoute, Route Planner, Escort Live, Radarbot, Speed Camera Radar, Cobra iRadar, GLOB or any other maps, traffic, radar or police monitoring apps, please identify the type of device/software you use, the username for any account associated with the device/software, and indicate the date(s) you begin using the device/software.

**ANSWER:**


22.     If you have ever created, maintained, had someone else create or maintain on your behalf, or been the subject of a profile on any online social media or networking site, including, but not limited to, Facebook, Twitter, Twitpic, Flickr,

Yfrog, Picasa, MySpace, Google Plus, YouTube, Photobucket, TikTok Foursquare,

Blogger, Plaxo, Orkut, GoFundMe, Instagram, and LinkedIn, (or any other Social

Media website not herein listed), please download and provide a complete digital copy

of each account.  The information on how to do this for major social media providers

is listed below for your convenience:

      (a)     Facebook: https://www.facebook.com/help/212802592074644

      (b)     Instagram: https://help.instagram.com/181231772500920

      (c)     Snapchat: https://support.snapchat.com/en-US/a/download-my-data

      (d)     Twitter: https://help.twitter.com/en/managing-your-account/how-to-download-your-twitter-archive

      (e)     LinkedIn:
https://www.linkedin.com/help/linkedin/answer/50191/accessing-your-account-data?lang=en

      (f)     CaringBridge:
http://caringbridgehelp.custhelp.com/app/answers/detail/a_id/454/~/copy-of-my-site

*NOTE: An objection on this being an overly excessive endeavor, or the information sought being inadmissible will not be considered responsive to this request.  See A.R.C.P. 26(b)(1).  It will typically take just minutes to download profiles from each named social media site.  The cost is nothing.  If a confidentiality agreement is desired, that can be provided, but privacy interests should not prohibit this request.*

23.    If you use any type of type of shopping or food application such as

Amazon, Sam's Club, or Pinterest, Uber Eats, Grub Hub, Door Dash, etc., for any

online shopping, please identify every account you routinely use.

**ANSWER:**

## REQUESTS FOR PRODUCTION

1.      Produce any photographs in the possession of the Defendant related to any depiction of the crash scene, the tractor and trailer

**RESPONSE:**

2.      Produce true and complete copies of all accident reports, incident reports, investigation reports, or other written documents of any type whatsoever regarding or referring in any way to the subject collision, and which were not specifically prepared in anticipation of litigation.

**RESPONSE:**

3.      Produce true and complete copies of all documents related to interrogatories numbers two through five, above.

**RESPONSE:**

4.      Produce a true and complete copy of CAMERON RONALD BACOTE's personnel file, including but not limited to, all background checks, evaluations, certifications, discipline records, etc.

**RESPONSE:**

5.      Produce or make available for inspection a true and complete copy of any company rules, regulations, policies, or procedures related to its drivers.

**RESPONSE:**

6.     Produce the work schedule and driver logs for CAMERON RONALD BACOTE, for the eight (8) days prior to the collision.

**RESPONSE:**

7.     Produce the any rules required by MERCER regarding communications between MERCER, and any agent or employee providing freight brokerage services on its behalf. This includes the exchange or communications of serial numbers, manifest numbers, and/or booking numbers between MERCER, or its agents, employees or drivers providing freight brokerage services.

**RESPONSE:**

8.     Produce any DOT inspections, scale tickets, toll tickets, or other timed and dated documents generated in the week prior to the crash.

**RESPONSE:**

9.     Produce a record of all crashes/incidents that "MERCER" trucks have been involved in during the 24 months prior to the crash.

**RESPONSE:**

10.     Produce any rules relating to the use of cell phones or communication devices between MERCER, or its agents, employees or drivers providing freight brokerage services.

**RESPONSE:**

11.     Produce a complete copy of all file materials contained in the file of any expert witness including, but not limited to, all correspondence, documents, fees, fee

schedules, records, records, evaluations, tests, computer printouts, resources, or any other thing whatsoever in this particular case.

**RESPONSE:**

12.   Please provide a copy of every exhibit, document, item of evidence, book, treatise, code, standard, rule or other document, by whatever name or designation known, that was in any way relied upon by any expert witness(es) in reaching any opinions held by that expert witness in this particular case.

**RESPONSE:**

13.   Produce a certified copy of ALL insurance policies (PRIMARY, SECONDARY, EXCESS, RE-INSURANCE, UMBRELLA, ETC.) covering any acts of negligence alleged in the Complaint, the driver, CAMERON RONALD BACOTE AND vehicles involved in the accident made the basis of this suit.

**RESPONSE:**

14.   Produce and timely supplement any and all documents responsive to any Rule 45, A.R.Civ.P. subpoena issued in this case.

**RESPONSE:**

15.   Produce any and all e-log or tracking devices (or via printed documents) for defendant CAMERON RONALD BACOTE for the week up to and through the day of the collision made the basis of this case.

**RESPONSE:**

16.    Produce all pre-trip inspection, tire replacement, or maintenance reports related to the subject tractor/power unit and trailer for the six months preceding the crash made the basis of this case.

**RESPONSE:**

17.    Produce any dash-cam, pre-crash or post-crash video or digital recording related to the incident made the basis of the Complaint.

**RESPONSE:**

18.    Produce all dispatch records or the work schedule for CAMERON RONALD BACOTE,  for the day of and the eight (8) days preceding the crash made the basis of this case.

**RESPONSE:**

19.    Produce or make available for inspection any digital or cellular phone device in the cab of the tractor/power unit being operated by CAMERON RONALD BACOTE, at the time of the crash made the basis of this case.

**RESPONSE:**

*NOTE: An objection on this being an overly excessive endeavor, or a violation of privacy, or the information sought being inadmissible will not be considered responsive to this request.  See A.R.C.P. 26(b)(1).  There are many avenues under the Alabama Rules of Evidence wherein phone usage, online shopping, social media, and the like may be used while operating a motor vehicle **faster than human can walk**. Not only is that activity illegal, it may be considered habit or routine, which is directly admissible under A.R.Evid.406.*

*If a confidentiality agreement is desired, that can be provided, but privacy interests should not prohibit this request.*

20.     Produce   notes,   emails,   invoices,   reports,   drafts,   summaries, correspondence, or other communications with any expert retained by the Defendant who is expected to testify as to any matter related to this case.

**RESPONSE:**

21.     Produce any curriculum vitae, case lists, articles, books, treatises, transcripts

**RESPONSE:**

22.     Produce all dispatch records for the day prior, day-of, and day after the crash made the basis of this case.

**RESPONSE:**

23.     Produce any data collected by any maps, traffic, radar or police monitoring apps, such as WAZE, Google Maps, INRIX XD, inRoute, Route Planner, Escort Live, Radarbot, Speed Camera Radar, Cobra iRadar, GLOB or any other maps, traffic, radar or police monitoring apps or similar hardware device, or fitness tracking software on your mobile phone at the time of the accident made the basis of the above-styled cause.

**RESPONSE:**

*These requests may be complied with by delivering the aforesaid items and things to the offices of the undersigned, or by notifying the undersigned that said items and things are available for inspection and copying at a reasonable time and place.*

**ANY DOCUMENT WHICH HAS BEEN WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE, ATTORNEY WORK PRODUCT AND/OR WHICH HAS BEEN DEEMED UNDISCOVERABLE BY THIS DEFENDANT SHOULD BE SPECIFICALLY DESIGNATED BY DATE, AUTHOR, ADDRESSEE AND GENERAL SUBJECT MATTER, SO THAT THE COURT MAY RULE ON ITS ADMISSIBILITY.**

**Pursuant to Rule 45, please consider this our request for copies of any and all documents or things received from these parties.**

**IT IS FURTHER HEREBY REQUESTED THAT ALL DOCUMENTS PRODUCED IN RESPONSE TO THE ABOVE REQUESTS BE BATES STAMPED; AND FOR EACH SUCH REQUEST THE RESPONSIVE DOCUMENTS BE IDENTIFIED BY THE INCLUSIVE BATES STAMPED NUMBERS.**

Attorney for the Plaintiff

*/s/ W. Bradford Kittrell*
ANDREW T. CITIRN (CIT001)
W. BRADFORD KITTRELL (KIT008)
P. O. Box 2187
Daphne, Alabama 36526
Telephone: (251) 888-8888
Facsimile: (251) 888-8000
andy@citrinlaw.com
brad@citrinlaw.com

**DISCOVERY IS SERVED WITH THE COMPLAINT**



AlaFile E-Notice

46-CV-2022-900096.00

To:  William Bradford Kittrell
     brad@citrinlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following complaint was FILED on 9/13/2022 2:48:25 PM

Notice Date:      9/13/2022 2:48:25 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov



AlaFile E-Notice

46-CV-2022-900096.00

To:  CAMERON RONALD BACOTE
607 JUNIPER RD
LEXINGTON, SC, 29073

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following complaint was FILED on 9/13/2022 2:48:25 PM

Notice Date:      9/13/2022 2:48:25 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov



AlaFile E-Notice

46-CV-2022-900096.00

To:  MERCER TRANSPORTATION CO., INC
1128 W MAIN ST
LOUISVILLE, KY, 40203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following complaint was FILED on 9/13/2022 2:48:25 PM

Notice Date:     9/13/2022 2:48:25 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>46-CV-2022-900096.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA**
**KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL**

**NOTICE TO:** CAMERON RONALD BACOTE, 607 JUNIPER RD, LEXINGTON, SC 29073

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell                                                                                   ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526                                          .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                     *[Name(s)]*

| 09/13/2022 | /s/ DAVID LOVE, JR. | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.  _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____    _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____

*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>46-CV-2022-900096.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA**
**KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL**

**NOTICE TO:** MERCER TRANSPORTATION CO., INC, 1128 W MAIN ST, LOUISVILLE, KY 40203

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KRISTIN THORNTON
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 09/13/2022 | /s/ DAVID LOVE, JR. | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ William Bradford Kittrell

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on
.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to
in
County,

*(Name of Person Served)*       *(Name of County)*

Alabama on
.

*(Date)*

*(Type of Process Server)*       *(Server's Signature)*       *(Address of Server)*

*(Server's Printed Name)*       *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | ELECTRONICALLY FILED<br>9/14/2022 3:50 PM<br>46-CV-2022-900096.00<br>CIRCUIT COURT OF<br>MACON COUNTY, ALABAMA<br>DAVID LOVE, JR., CLERK |

### IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA
### KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL

**NOTICE TO:** CAMERON RONALD BACOTE, 607 JUNIPER RD, LEXINGTON, SC 29073

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
William Bradford Kittrell
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2187, Daphne, AL 36526 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 09/13/2022 | /s/ DAVID LOVE, JR. | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☒ Return receipt of certified mail received in this office on    09/14/2022    .

*(Date)*

☒ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
Cameron Ronald Bacote    in    607 Juniper Rd., Lexington, SC    County,

*(Name of Person Served)*    *(Name of County)*

Alabama on    09/14/2022    .

*(Date)*

| Private Process Server | //s Stacey Rose | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | Stacey Rose | 803-212-8831 |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

### 46-CV-2022-900096.00
KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL

| C001 - KRISTIN THORNTON | v. | D001 - CAMERON RONALD BACOTE |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



### SERVICE RETURN COPY

| | |
|---|---|
| **From:** | Stacey Rose |
| **To:** | Mandi Sciortino |
| **Subject:** | [ServeManager] Job #7652449 Served |
| **Date:** | Wednesday, September 14, 2022 3:36:14 PM |

# Served

Stacey Rose shared a service notification with you:

## Details

**Process Server:** Stacey Rose

**Date & Time:** Sep 14, 2022, 4:35 pm EDT

**Service Type:** Personal/Individual

**Description of Service:**

## Recipient

Recipient: CAMERON RONALD BACOTE
Ethnicity: African American
Gender:    Male

**Description of Recipient:**

## Service Address

607 Juniper Rd, Lexington, SC 29073

## GPS Data

**Mobile Device:** Chrome version 105 on Android 10

**GPS Coordinates:** 33.9123907, -81.2868786

**GPS Timestamp:** 1663187725207

# Job & Case

**Job:** 7652449

**Recipient:** CAMERON RONALD BACOTE

**Case:** 46-CV-2022-900096.00

**Plaintiff:** KRISTIN THORNTON ET AL

**Defendant:** CAMERON RONALD BACOTE ET AL

**Court:** IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

**County:**

**Documents:** Summons and Complaint

---

## Shared with you by:

Stacey Rose
Grindstone Process Servers
agrindstone@yahoo.com
8032128831



AlaFile E-Notice

46-CV-2022-900096.00

To:  William Bradford Kittrell
     brad@citrinlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following RETURN ON SERVICE - SERVED was FILED on 9/14/2022 3:50:34 PM

Notice Date:     9/14/2022 3:50:34 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov



AlaFile E-Notice

46-CV-2022-900096.00

To:  BACOTE CAMERON RONALD (PRO SE)
607 JUNIPER RD
LEXINGTON, SC, 29073-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following RETURN ON SERVICE - SERVED was FILED on 9/14/2022 3:50:34 PM

Notice Date:     9/14/2022 3:50:34 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov



AlaFile E-Notice

46-CV-2022-900096.00

To:  MERCER TRANSPORTATION CO., INC (PRO SE)
1128 W MAIN ST
LOUISVILLE, KY, 40203-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following RETURN ON SERVICE - SERVED was FILED on 9/14/2022 3:50:34 PM

Notice Date:      9/14/2022 3:50:34 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov



AlaFile E-Notice

46-CV-2022-900096.00

To:   William Bradford Kittrell
      brad@citrinlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following RETURN ON SERVICE - SERVED was FILED on 9/14/2022 3:50:34 PM

Notice Date:      9/14/2022 3:50:34 PM

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERCER TRANSPORTATION CO., INC

1128 W MAIN ST

LOUISVILLE, KY 40203

9590 9402 7476 2055 3928 77

2. Article Number (Transfer from service label)

7022 0410 0001 8617 7521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

JAN KURTZ

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No



1100 ROWAN ST

LOU, KY 40203

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #



9590 9402 7476 2055 3928 77

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4* in this box*

David R. Love, Jr.

Macon County Circuit Clerk

P.O. Box 830723

Tuskegee, AL 36083

CV-2022-900096   Summons

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



AlaFile E-Notice

46-CV-2022-900096.00

Judge: STEVEN R. PERRYMAN

To:  KITTRELL WILLIAM BRADFORD
brad@citrinlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

KRISTIN THORNTON ET AL V. CAMERON RONALD BACOTE ET AL
46-CV-2022-900096.00

The following matter was served on 9/16/2022

**D002 MERCER TRANSPORTATION CO., INC**
**Corresponding To**
CERTIFIED MAIL

DAVID LOVE, JR.
CIRCUIT COURT CLERK
MACON COUNTY, ALABAMA
101 EAST NORTHSIDE STREET
TUSKEGEE, AL, 36083

334-724-2614
david.love@alacourt.gov